IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BLAINE MAYFIELD,

    Petitioner,      No. CIV S-06-0077 FCD PAN P

   vs.

TOM CAREY, Warden, et al.,

    Respondents.      <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

    Petitioner also seeks the appointment of counsel. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with

the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer.

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

4. Petitioner's January 12, 2006 request for appointment of counsel is granted.

5. The Federal Defender is appointed to represent petitioner.

6. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

7. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

8. On or before September 21, 2006, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Enumeration and resolution of unexhausted claims; and

    e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

DATED:  May 16, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; mayf0077.100+