DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
WILLIAM BLAINE MAYFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLAINE MAYFIELD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TOM CAREY, Warden, et. al., ) <br> ) <br> Respondents. ) | No. CIV S-06-0077 FCD PAN (JFM) <br><br> ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Benjamin Ramos shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: June 5, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

mayf0077.sub