IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BLAINE MAYFIELD,** | NO. 2:06-cv-00077 FCD PAN (JFM) P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME** |
| **v.** | |
| **TOM CAREY, Warden, et al.,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time to, and including, August 4, 2006, in which to file an Answer to the Petition for Writ of Habeas Corpus.

Good cause appearing, the request is granted.  Respondent's Answer is due no later than August 4, 2006.

DATED:  July 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14; mayf0077.ext

1