IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BLAINE MAYFIELD,

    Petitioner,                    No. CIV S-06-0077 FCD PAN P

    vs.

TOM L. CAREY, Warden, et al.,

                                ORDER

    Respondents.

         Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter came on for hearing on petitioner's motion for discovery on September 14, 2006. Petitioner seeks leave to conduct discovery. Petitioner is challenging a denial of parole on the basis that the board's decision was unconstitutionally arbitrary. Petitioner wants to serve a set of interrogatories and requests for documents. Rule 6 of the Rules Governing Section 2254 Cases provides that "a party requesting discovery must provide reasons for the request," and "must also include any proposed interrogatories" and "must specify any requested documents." Petitioner has done so and, good cause appearing, petitioner's request will be granted.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Petitioner's motion for discovery filed August 4, 2006, is granted.

2. Petitioner shall serve his request within fifteen days from the date of this order.

3. Respondents are granted sixty days in which to respond to petitioner's discovery requests.

DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
mayf0077.oah